# EXHIBIT A

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BRUCE P KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC<br><br>          Judgment Creditor,<br><br>     v.<br><br>RONALD PONTON, JR. AND TOMIKA PONTON,<br><br>          Judgment Debtors. | NO.<br><br>NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT<br><br>(Clerk's Action Required) |

TO:   DEFENDANTS

1.   I am an attorney for the Judgment Creditor herein, have personal knowledge of the matters herein, and/or have reviewed plaintiff's business records maintained in the ordinary course and am competent to testify.  This declaration is made pursuant to RCW 6.36.035.

Judgment Debtor's Name and Address:

    Ronald Ponton Jr and Tomika Ponton
    3220 Cottage Hill Road, Apt 3204
    Mobile AL 36606-3041

Judgment Creditor's Name and Address:

    Bruce P Kriegman as Ch. 11
    Trustee for LLS America LLC
    Kriegman Law Office, PLLC
    600 University Street
    Suite 1021

NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT - 1

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119

Seattle, WA  98101

2. All communications and/or correspondence with Judgment Creditor should be sent to:

> Green & Norwood PLLC
> Attention:  Matthew D. Green and
> Elizabeth Hebener Norwood
> 2284 W. Commodore Way, Suite 300
> Seattle, WA 98199
> Email:  matt@gnlawseattle.com
>             elizabeth@gnlawseattle.com

3. This declaration is made in reference to the filing of a foreign judgment against RONALD PONTON, JR. AND TOMIKA PONTON with the above-entitled Court.  The judgment was initially entered on June 16, 2015 in the Eastern District of Washington, Case No. 2:12-cv-00668-RMP in the amount of $120,670.59, plus post-judgment interest at the rate of 0.24% per annum pursuant to 28 U.S.C. §1961.  An exemplified copy of the judgment is attached here.

4. The judgment expires on June 16, 2025 (10 years from date of entry) in accordance with Washington law.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 28th day of January, 2022

*/s/ Elizabeth Norwood*
_____
Elizabeth Hebener Norwood

NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT - 2

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119