# EXHIBIT B

1

2                          **FILED**
                    KING COUNTY WASHINGTON
3
                       FEB 1 0 2022
4
                    SUPERIOR COURT CLERK
5

6

7        SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

8   BRUCE P KRIEGMAN, solely in his capacity          NO. 22-2-01515-2 SEA
    as court-appointed Chapter 11 Trustee for LLS
9   America, LLC,                                      APPLICATION FOR WRIT OF
                                                       GARNISHMENT
10                    Judgment Creditor,

11        v.

12  RONALD PONTON, JR. AND TOMIKA                      **[xx] NOT A CONSUMER DEBT
    PONTON,                                               JUDGMENT**
13
                      Judgment Debtors,                [ ] This garnishment is based on a judgment
14                                                         or order for:
          v.                                               [ ] child support
15                                                         [ ] private student loan debt
    JP MORGAN CHASE BANK, N.A.,                            [ ] consumer debt
16
                      Garnishee.
17

18
          The undersigned states:
19
          Submitted herewith is the fee provided by RCW 36.18.020 [RCW 3.62.060 – if District
20  Court] payable to the Clerk of the above-entitled Court:

21        As attorney for the **Judgment Creditor** in the above-captioned action and make this
    application for a Writ of Garnishment on **Judgment Creditor's** behalf.
22
          The facts are stated as follows:
23
          1.        **Judgment Creditor** has a judgment wholly or partially unsatisfied, against the
24  **Judgment Debtors Ronald and Tomika Ponton** in the above-matter, entered in US District
    Court, Western District of Washington on 6/16/2015 and domesticated in the above-entitled
25  Court on 1/28/2022. **Judgment Debtors** have:

    APPLICATION FOR WRIT OF GARNISHMENT - 1        **Green & Norwood PLLC**
                                                    2284 W. Commodore Way, Suite 300
                                                    Seattle, Washington 98199
                                                    (206) 420-3486

    1690-119                      ORIGINAL

1

        ☒      made no payments whatsoever.
        ☐      made partial payments as follows:

2

3
The amount alleged to be due and still owing under said judgment is $120,670.59 plus interest, attorney's fees and costs.

4
      2.     **Judgment Creditor** has reason to believe and does believe, that the above-named **Garnishee**, whose residence and/or business address in King County, Washington, is:

5

6
        ☒      indebted to the **Judgment Debtor** in amounts exceeding those exempted from garnishment by any state or federal law;

7
        ☒      has possession or control of personal property or effects belonging to the **Judgment Debtor** which are not exempted from garnishment by any state or federal law.

8

9
      3.     The above-named Garnishee is believed to be:

10
        ☐      the employer of the **Judgment Debtor**.
        ☒      not the employer of the **Judgment Debtor**.

11
     The undersigned certifies under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

12

13
Dated: Feb 10, 2022.

                 s/Elizabeth Hebener Norwood

Place:  Seattle, Washington

                 Matthew D. Green, WSBA #18046

14
                 Elizabeth Hebener Norwood, WSBA #40930

15
                 *Attorneys for Judgment Creditor*
                 GREEN & NORWOOD PLLC

16
                 2722 Eastlake Ave E., #350
                 Seattle, WA  98102

17
                 Telephone: (206) 420-3486
                 Email:  matt@gnlawseattle.com

18
                          elizabeth@gnlawseattle.com

19

20

21

22

23

24

25

APPLICATION FOR WRIT OF GARNISHMENT - 2

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119