UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v<br><br>RONALD PONTON, JR. and TOMIKA PONTON,<br><br>　　　　　　　　　Defendants. | CASE NO.<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 14, 2022, I caused to be served a copy of the Notice of Removal with attached exhibits on the following persons in the manner indicated below at the following address(es):

| | |
|---|---|
| Elizabeth Hebener Norwood, WSBA# 40930<br>Green & Norwood, PLLC<br>2722 Eastlake Ave E, # 30<br>Seattle, WA 98102<br>Tel# (206) 420-3486<br>elizabether@gnlawseattle.com<br><br>*Attorney for Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 trustee for LLS America, LLC* | Served via email and first class mail |

CERTIFICATE OF SERVICE - 1

**HENRY & DEGRAAFF, P.S.**
113 CHERRY ST., PMB 58364
SEATTLE, WA 98104
V (206) 330-0595 / F (206) 400-7609

| | |
|---|---|
| Matthew D. Green, WSBA# 18046<br>Green & Norwood, PLLC<br>2722 Eastlake Ave E, # 30<br>Seattle, WA 98102<br>Tel# (206) 420-3486<br>*matt@gnlawseattle.com*<br>*Attorney for Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 trustee for LLS America, LLC* | Served via email and first-class mail |
| JPMorgan Chase Bank, N.A.<br>Attn: Tiffany Stanforth, Transactions Specialist II<br>Court Orders and Levies<br>RCO Centralized Mail<br>Mail Code LA4-7200<br>700 Kansas Lane<br>Monroe, LA 71203-4774<br>Tel# 1-866-578-7022 | Served via email and first-class mail |

EXECUTED this March 14, 2022 at Bothell, WA

/s/ Christina L Henry
Christina L Henry, WSBA 31273
HENRY & DEGRAAFF, PS
113 Cherry St, PMB 58364
Seattle, WA 98104
Tel: 206-330-0595 / Fax 206-400-7609
*chenry@hdm-legal.com*

CERTIFICATE OF SERVICE - 2