IN THE SUPERIOR COURT OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v<br><br>RONALD PONTON, JR. and TOMIKA PONTON,<br><br>Defendants. | CASE NO. 2:22-cv-00307-RSM<br><br>**VERIFICATION OF PLEADINGS** |

I, Christina L. Henry, declare and state and follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of Washington and am one of the attorneys of record herein for Defendants in this case. I make this verification for Defendants on their behalf and am authorized to do so.

2. Th attachments hereto are true, accurate, and complete copies of all records and proceedings in Kriegman vs Ponton, Cause No. 22-2-01515-2 in King County Superior Court in the State of Washington.

I declare under the penalty o perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

VERIFICATION OF PLEADINGS - 1

Henry & DeGraaff, P.S.
113 Cherry St., PMB 58364
Seattle, WA 98104
V (206) 330-0595 / F (206) 400-7609

1
2     Dated this March 16, 2022
3                                         /s/ Christina L Henry
                                          Christina L Henry, WSBA 31273
4                                         HENRY & DEGRAAFF, PS
                                          113 Cherry St, PMB 58364
5                                         Seattle, WA 98104
                                          Tel: 206-330-0595 / Fax 206-400-7609
6
                                          *chenry@hdm-legal.com*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

VERIFICATION OF PLEADINGS - 2                                  **HENRY & DEGRAAFF, P.S.**
                                                               113 CHERRY ST., PMB 58364
                                                               SEATTLE, WA 98104
                                                               V (206) 330-0595 / F (206) 400-7609

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, I caused to be served a copy of the foregoing on the following persons in the manner indicated below at the following address(es):

| | |
|---|---|
| Elizabeth Hebener Norwood, WSBA# 40930<br>Green & Norwood, PLLC<br>2722 Eastlake Ave E, # 30<br>Seattle, WA 98102<br>elizabeth@gnlawseattle.com<br><br>*Attorney for Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 trustee for LLS America, LLC* | Served via CMECF and first-class mail |
| Matthew D. Green, WSBA# 18046<br>Green & Norwood, PLLC<br>2722 Eastlake Ave E, # 30<br>Seattle, WA 98102<br>matt@gnlawseattle.com<br><br>*Attorney for Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 trustee for LLS America, LLC* | Served via CM/ECF and first-class mail |

EXECUTED this March 16, 2022 at Bothell, WA

/s/ Christina L Henry
Christina L Henry, WSBA 31273