# EXHIBIT 1

ØŠÒÖ

ŒŒŒÁŒŒÁ Á ÁŒŒ ÁÁ Á ÁÁ Á Á Á Á ÁT

S ÔÁ Ô U W VŸ

Ù W ÚÜ Œ Ü Á Ô U W Ü VÁ Š Ò Ü S

Ò Ò ÁŠ ÒÖ

Ô Œ Ü Ò ÁÀ Á Á Á Á Á ÁT Á Á U Œ

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BRUCE P KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC | NO. |
| | NOTICE AND DECLARATION FOR FILING FOREIGN JUDGMENT |
|         Judgment Creditor, | |
| | (Clerk's Action Required) |
|     v. | |
| RONALD PONTON, JR. AND TOMIKA PONTON, | |
|         Judgment Debtors. | |

TO:     DEFENDANTS

1.      I am an attorney for the Judgment Creditor herein, have personal knowledge of

the matters herein, and/or have reviewed plaintiff's business records maintained in the ordinary

course and am competent to testify.  This declaration is made pursuant to RCW 6.36.035.

Judgment Debtor's Name and Address:

      Ronald Ponton Jr and Tomika Ponton
      3220 Cottage Hill Road, Apt 3204
      Mobile AL 36606-3041

Judgment Creditor's Name and Address:

      Bruce P Kriegman as Ch. 11
      Trustee for LLS America LLC
      Kriegman Law Office, PLLC
      600 University Street
      Suite 1021

NOTICE AND DECLARATION FOR FILING FOREIGN
JUDGMENT - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119

1        Seattle, WA  98101

2        2.        All communications and/or correspondence with Judgment Creditor should be

3    sent to:

4            Green & Norwood PLLC
             Attention:  Matthew D. Green and
5            Elizabeth Hebener Norwood
             2284 W. Commodore Way, Suite 300
6            Seattle, WA 98199
             Email:  matt@gnlawseattle.com
7                      elizabeth@gnlawseattle.com

8

9        3.        This declaration is made in reference to the filing of a foreign judgment against

10   RONALD PONTON, JR. AND TOMIKA PONTON with the above-entitled Court.  The

11   judgment was initially entered on June 16, 2015 in the Eastern District of Washington, Case

12   No. 2:12-cv-00668-RMP in the amount of $120,670.59, plus post-judgment interest at the rate

13   of 0.24% per annum pursuant to 28 U.S.C. §1961.  An exemplified copy of the judgment is

14   attached here.

15       4.        The judgment expires on June 16, 2025 (10 years from date of entry) in

16   accordance with Washington law.

17       I declare under penalty of perjury under the laws of the State of Washington that the

18   foregoing is true and correct.

19       Signed at Seattle, Washington, this 28th day of January, 2022

20

21       _____
         Elizabeth Hebener Norwood

22

23

24

25

NOTICE AND DECLARATION FOR FILING FOREIGN
JUDGMENT - 2

# EXHIBIT 2

AO 132  (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

EASTERN                              DISTRICT OF                              WASHINGTON

## EXEMPLIFICATION CERTIFICATE

I, _____ Sean F. McAvoy _____ , Clerk of this United States District Court,
keeper of the records and seal, certify that the attached documents:

Judgment and Judgment Summary against Ronald Ponton, Jr. and Tomika Ponton, ECF No. 140, entered in cause number
2:12-cv-00668-RMP on 06/16/2015.

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at

Spokane _____ on _____ 1/3/2022 _____
_____ City _____                                    Date

Clerk _____                         (By) Deputy Clerk

I, _____ Chief Judge Stanley A. Bastian _____ , a Judicial Officer of this Court,
certify that _____ Sean F. McAvoy _____ , named above, is and was on the date noted,
Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and
the attestation of the record, are in accordance with the laws of the United States.

_____ 1/3/2022 _____                         Signature of Judge
Date

                                                Chief United States District Judge
                                                Title

I, _____ Sean F. McAvoy _____ , Clerk of this United States District Court,
keeper of the seal, certify that the Honorable _____ Chief Judge Stanley A. Bastian _____ ,
                                                Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified,
and that I am well acquainted with the Judge's official signature and know and certify the above signature
to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at
Spokane _____ in this State, on _____ 1/3/2022 _____
_____ City _____                                    Date

Clerk _____                         (By) Deputy Clerk







1
2
3
4
5                UNITED STATES DISTRICT COURT

6             EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | NO: 2:12-CV-668-RMP |
| LLS AMERICA, LLC, | Bankr. Case No. 09-06194-FPC11 |
| Debtor, | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | Adv. Proc. No. 11-80125-FPC11 |
| Plaintiff, | JUDGMENT AND JUDGMENT SUMMARY AGAINST RONALD PONTON, JR. AND TOMIKA PONTON |
| v. | |
| LAZY M, LLC, et al., | |
| Defendants. | |

**JUDGMENT SUMMARY**

1.     Judgment Creditor-               Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2.     Attorneys for Judgment Creditor-     Witherspoon Kelley

JUDGMENT AND JUDGMENT SUMMARY AGAINST RONALD PONTON, JR. AND TOMIKA PONTON~ 1

3.     Judgment Debtors-                     Ronald Ponton, Jr. and Tomika Ponton

4.     Attorneys for Judgment Debtors:       Pro Se

5.     Judgment Amount (Principal)-          $117,411.00 USD

6.     Prejudgment Interest (0.47%           $3,259.59 USD
       from July 21, 2009, through June
       16, 2015)-

7.     Total Judgment-                       $120,670.59 USD

8.     Plus taxable costs in the amount
       to be determined by the Court-

9.     Interest Rate on Judgment-            .24% (28 U.S.C. § 1961)

Plaintiff filed Notice of Presentment of Judgment pursuant to Fed. R. Civ. P. 52(a)(1) and 58(a), (d).  ECF No. 134.  After a bench trial that began on January 20, 2015, the Court entered Findings of Fact and Conclusions of Law, ECF No. 133, which are fully incorporated here with the same force and effect as if set forth verbatim.  The Court being fully informed, **IT IS HEREBY ORDERED** that:

1.     Plaintiff, Bruce P. Kriegman, solely in his capacity as Liquidating Trustee of LLS America, LLC as consolidated, is hereby awarded Judgment against defendants Ronald Ponton, Jr. and Tomika Ponton, jointly and severally, as follows:

        a.     Judgment                       $117,411.00
                                              USD

JUDGMENT AND JUDGMENT SUMMARY AGAINST RONALD PONTON, JR. AND TOMIKA PONTON~ 2

      b.    Prejudgment interest (0.47% per annum from July 21, 2009, to June 16, 2015)-    $3,259.59 USD

      c.    Plus taxable costs in the amount to be determined by the Court;

      d.    Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.24% per annum (28 U.S.C. § 1961).

**IT IS SO ORDERED**.

The District Court Executive is directed to enter this Judgment and provide copies to counsel, to pro se Defendants, and to Judge Frederick P. Corbit.

**DATED** this 16th day of June 2015.



2:12-cv-00668-RMP



8:51 am, Jan 03, 2022



                                    *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                        Chief United States District Court Judge

JUDGMENT AND JUDGMENT SUMMARY AGAINST RONALD PONTON, JR. AND TOMIKA PONTON~ 3

# EXHIBIT 3

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR THE COUNTY OF KING**

| | |
|---|---|
| BRUCE KRIEGMAN as Chapter 11 Trustee for LLS America LLC<br><br>vs<br><br>DONALD PONTON JR and TOMIKA PONTON | No. 22-2-01515-2  SEA<br><br>**CASE INFORMATION COVER SHEET AND AREA DESIGNATION**<br><br>(CICS) |

**CAUSE OF ACTION**

FJU - Foreign Judgment

**AREA OF DESIGNATION**

SEA    Defined as all King County north of Interstate 90 and including all of Interstate 90 right of way, all of the cities of Seattle, Mercer Island, Issaquah, and North Bend, and all of Vashon and Maury Islands.

# EXHIBIT 4

ØŠÒÖ

Ò́GGǴŔŒ́ṕ ÁG̈ ́Æ̈GĤ́G̈ǼÚT
ŚŒ Ō̈ÁÖU W̌ṕ V̌Ÿ
Ù̈M̈Ú́Ò̈Ü̈Q̌Ü̈ÁÖ̈U ẄÜ̈V́Ó̈ŠÒ̈ÜS
Ò́Ė́ŽŠÒÖ
ỐŒ̈Ü̈Ò̈ÁǴḰ́GG̈ÊG̈Ḟ̈F́ Ḟ́ ̈ÈǴÄÜŒ̈Œ

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BRUCE P KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | NO. |
| | FOREIGN JUDGMENT SUMMARY |
| Judgment Creditor, | (Clerk's Action Required) |
| v. | |
| RONALD PONTON, JR. AND TOMIKA PONTON, | |
| Judgment Debtors. | |

## I. JUDGMENT SUMMARY

Pursuant to RCW 4.64.030 and RCW 6.36.035 this foreign Judgment shall be summarized as follows:

| | | | |
|---|---|---|---|
| 1. | Judgment Creditor: | | BRUCE P KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC |
| 2. | Attorney for Judgment Creditor: | | Matthew D. Green/Elizabeth Hebener Norwood of Green & Norwood PLLC |
| 3. | Judgment Debtors: | | RONALD PONTON, JR. AND TOMIKA PONTON |
| 4. | Principal Judgment Amount: | | $120,670.59 |
| 5. | Costs per RCW 6.36 et seq.: | | $240.00 |

FOREIGN JUDGMENT SUMMARY - 1

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

6.     Judgment Amount shall Accrue
       Interest at the Rate of Interest
       0.24% per annum ($.79 per diem)
       from 6/15/2015

7.     The Foreign Judgment was
       Entered June 16, 2015 in U.S.
       District Court, Eastern District
       for Washington and per
       Washington Law will Expire
       June 16, 2025

DATED this 28th day of January, 2022.

s/ *Eliz Norwood*

Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Creditor*
GREEN & NORWOOD PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
Telephone: (206) 420-3486
Email:  matt@gnlawseattle.com
        elizabeth@gnlawseattle.com

FOREIGN JUDGMENT SUMMARY - 2

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119

# EXHIBIT 5

ØŠÒÖ

Ģᴇᴄᴄᵴᴀᴘᴏᴇᴘᴀᴄᴀ̀ᴀᴇᴄᴋᴄᴇᴀᴜ̀ᴛ
ᴜᴄᴏᴏᴏᴜ̀ᴜᴘ̀ᴠᴙ̈
ᴜᴍᴜ́ᴏ̀ᴜᴏᴏ̀ᴜᴀᴏᴜᴡᴜ̈ᴜᴀᴏ̌ᴜᴏᴏᴜᴜ̀ᴜ
ᴏ̀ᴇᴢᴏ̈ᴏᴏ̀ᴏᴏ
ᴏ̂ᴏᴇᴜ̀ᴏᴀᴍᴀ̌ᴄᴄᴇᴇ̈ᴇ̈ᴇᴘᴇ̈́ᴇ̈ᴇᴀ̈́ᴜᴏ̀ᴏᴇ

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

BRUCE P KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

          Judgment Creditor,

     v.

RONALD PONTON, JR. AND TOMIKA PONTON,

          Judgment Debtors.

NO.

DECLARATION OF MAILING NOTICE OF FILING OF FOREIGN JUDGMENT

I, Elizabeth Hebener Norwood, declares and says:

    1.    I am an attorney for plaintiff above-named and have personal knowledge of the matters herein.

    2.    On January 28, 2022, the undersigned caused to be mailed to the defendants Ronald Ponton Jr and Tomika Ponton above-named, the Notice and Declaration of Filing of Foreign Judgment to the address set forth therein.

    I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

    Signed at Seattle, Washington, this 28th day of January, 2022.

_____
Elizabeth Hebener Norwood

DECLARATION OF MAILING NOTICE OF FILING OF FOREIGN JUDGMENT - 1

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119

# EXHIBIT 6

**FILED**

KING COUNTY WASHINGTON

FEB 10 2022

SUPERIOR COURT CLERK

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

BRUCE P KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,

    Judgment Creditor,

    v.

RONALD PONTON, JR. AND TOMIKA PONTON,

    Judgment Debtors,

    v.

JP MORGAN CHASE BANK, N.A.,

    Garnishee.

NO. 22-2-01515-2 SEA

APPLICATION FOR WRIT OF GARNISHMENT

**[xx] NOT A CONSUMER DEBT JUDGMENT**

[ ] This garnishment is based on a judgment or order for:
    [ ] child support
    [ ] private student loan debt
    [ ] consumer debt

The undersigned states:

Submitted herewith is the fee provided by RCW 36.18.020 [RCW 3.62.060 – if District Court] payable to the Clerk of the above-entitled Court:

As attorney for the **Judgment Creditor** in the above-captioned action and make this application for a Writ of Garnishment on **Judgment Creditor's** behalf.

The facts are stated as follows:

1.    **Judgment Creditor** has a judgment wholly or partially unsatisfied, against the **Judgment Debtors Ronald and Tomika Ponton** in the above-matter, entered in US District Court, Western District of Washington on 6/16/2015 and domesticated in the above-entitled Court on 1/28/2022. **Judgment Debtors** have:

APPLICATION FOR WRIT OF GARNISHMENT - 1

**Green & Norwood PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119

ORIGINAL

1      ☒    made no payments whatsoever.
        ☐    made partial payments as follows:

2

3  The amount alleged to be due and still owing under said judgment is $120,670.59 plus interest, attorney's fees and costs.

4      2.    **Judgment Creditor** has reason to believe and does believe, that the above-named **Garnishee**, whose residence and/or business address in King County, Washington, is:

5

6      ☒    indebted to the **Judgment Debtor** in amounts exceeding those exempted from garnishment by any state or federal law;

7      ☒    has possession or control of personal property or effects belonging to the **Judgment Debtor** which are not exempted from garnishment by any state or federal law.

8

9      3.    The above-named Garnishee is believed to be:

10      ☐    the employer of the **Judgment Debtor**.
        ☒    not the employer of the **Judgment Debtor**.

11      The undersigned certifies under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

12

13  Dated: Feb 10, 2022.        s/Elizabeth Hebener Norwood
                    Matthew D. Green, WSBA #18046

14  Place:  Seattle, Washington        Elizabeth Hebener Norwood, WSBA #40930
                    *Attorneys for Judgment Creditor*

15                      GREEN & NORWOOD PLLC
                    2722 Eastlake Ave E., #350

16                      Seattle, WA  98102
                    Telephone: (206) 420-3486

17                      Email:  matt@gnlawseattle.com

18                              elizabeth@gnlawseattle.com

19

20

21

22

23

24

25

APPLICATION FOR WRIT OF GARNISHMENT - 2

1690-119

# EXHIBIT 7

ØŠÒÖ
ĠĊĠĠÄ̂ŒÜÆ̈Ï
SŒ̂Õ̂ÀÕ̂UW̆ÞVŸ̂
ÙW̆ÚÒ̈Û̂QÜ̂Æ̂ÕUW̆ÜÄ̂ÕŠÒ̂ÜŠ

ÒŒÙÒ̂À̇ĴĸĊĠÉ̇É̇FÍ̈ÉĠ̂Ä̂ÙÒ̂Œ̂

## CHASE 
Court Orders and Levies
RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774
Phone: 1-866-578-7022

WA - KING COUNTY COURTHOUSE
516 THIRD AVE ROOM C-203
SEATTLE, WA 98104

**RE: BRUCE P KRIEGMAN ET AL v. TOMIKA PONTON, RONALD PONTON Case No.: 222015152SEA, WA - KING COUNTY COURTHOUSE, KING County**

JPMorgan Chase Bank, N.A. is in receipt of your Garnishment against the following debtor(s): TOMIKA PONTON, RONALD PONTON

Accounts which are held:

| Account Number | Amount of Hold | Present Balance |
|---|---|---|
| 8783 | 55596.67 | 55596.67 |
| 8883 | 2250.70 | 2250.70 |
| 2951 | 601.51 | 601.51 |

The Present Balance may be subject to claims which may reduce the amount available to the judgment creditor, including but not limited to: exemptions asserted by the judgment debtor; rights of third parties asserting an interest in the account; intervening levies or court orders; IRS levies; right of setoff; deposited items returned against the account, or warranty claims asserted with respect to checks or other items credited to the account balance.

### Answers

| Certificate of Service | I certify that: The original disclosure was placed for mailing on 2/22/2022 to the court. A copy of the disclosure was placed for mailing 2/22/2022 to the plaintiff/attorney.;A copy of the disclosure was placed for mailing 2/22/2022 to the defendant. |
|---|---|
| SIGNATURE AND DATE | /s/ Tiffany Stanforth 2/22/2022 |

These responses are based upon a search of data contained in JPMorgan Chase Bank, N.A's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

Please allow this letter to serve as JPMorgan Chase Bank, N.A's answer to the Garnishment. If you should have any questions regarding this matter, please contact JPMorgan Chase Bank, N.A. at 1-866-578-7022.

Sincerely,



Tiffany Stanforth
Transactions Specialist III
JPMorgan Chase Bank, N.A.


Date: Tuesday, Feb 22, 2022