UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 trustee for LLS America, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v<br><br>RONALD PONTON, JR. and TOMIKA PONTON,<br><br>　　　　　　　　Defendants. | CASE NO. 2:22-cv-00307 |

### AFFIDAVIT OF RONALD PONTON, SR IN SUPPORT OF TEMPORARY RESTRAINING ORDER

**NOW COMES** the undersigned, having been duly sworn, and deposes and says as follows:

1. My name is Ronald Ponton, Sr. I am over the age of 21 years old and I am of sound mind and body.

2. I have resided in Mobile, Alabama since around December 2019. Prior to that I lived in Michigan.

3. I have never been known as Ronald Ponton, Jr. I have never used the name Ronald Ponton, Jr. I have never used the alias Ronald Ponton, Jr. I have never opened an account, applied for a job or a loan or invested in an asset in the name of Ronald Ponton, Jr.

4. I opened an account at JP Morgan Chase Bank, N.A. number 00000205958783 in the name of Ronald Ponton DBA Mexico Moving Company. In or around February 22, 2022, JP Morgan Chase Bank froze the funds in that bank account so that I had no access to operate my business. Additionally, they froze $601.51 in one personal checking account and $2250.70 in a savings account.

5. From February 14 to February 22, 2022, 6-7 customers had deposited over $45,000 of their own personal funds directly into the business account for my wife and I to conduct transactions on their behalf and negotiate international moves. The freeze of the $55,596.67 from the business account has caused an extreme hardship on my family. I have suffered insufficient fund fees, embarrassment and loss of goodwill with my customers. Those funds represented 90% of all the working capital of the family business.

6. I have no connection to the state of Washington. I have never lived in the state of Washington. I have never worked in the state of Washington. I have never owned assets in the state of Washington. I do not have known relatives in the state of Washington. I have no connection to the state of Washington. I have never opened a bank account in the state of Washington. I have no bank deposits in the state of Washington.

7. We are forced to live off of credit cards as we try to fight the garnishment.

8. The entire judgment for which my wife and I are being pursued is an error.

9. Attached as pages ExA003 and ExA004 of Exhibit A to the Motion for the TRO are true and exact copies of documents provided to me by JP Morgan Chase Bank, N.A. that I received on February 22, 2022.

Further this affiant says not.

This the 16th day of March, 2022.

_____
Ronald Ponton Sr.

State of North Carolina

Mecklenburg County

Sworn to and subscribed before me,

this the 16th day of March 2022.

_____
Notary Public

My Commission Expires: 1/22/2025

[Notary Seal: VENUS Y SPRINGS, Notary Public, Mecklenburg County, My Comm. Exp. 01-22-2025, NORTH CAROLINA]