# EXHIBIT A
# TRO EXHIBITS

**FILED**
KING COUNTY WASHINGTON

FEB 10 2022

SUPERIOR COURT CLERK

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | |
|---|---|
| BRUCE P KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>  Judgment Creditor,<br><br>v.<br><br>RONALD PONTON, JR. AND TOMIKA PONTON,<br><br>  Judgment Debtors,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>  Garnishee. | NO. 22-2-01515-2 SEA<br><br>APPLICATION FOR WRIT OF GARNISHMENT<br><br>**[xx] NOT A CONSUMER DEBT JUDGMENT**<br><br>[ ] This garnishment is based on a judgment or order for:<br>[ ] child support<br>[ ] private student loan debt<br>[ ] consumer debt |

The undersigned states:

Submitted herewith is the fee provided by RCW 36.18.020 [RCW 3.62.060 – if District Court] payable to the Clerk of the above-entitled Court:

As attorney for the **Judgment Creditor** in the above-captioned action and make this application for a Writ of Garnishment on **Judgment Creditor's** behalf.

The facts are stated as follows:

1. **Judgment Creditor** has a judgment wholly or partially unsatisfied, against the **Judgment Debtors Ronald and Tomika Ponton** in the above-matter, entered in US District Court, Western District of Washington on 6/16/2015 and domesticated in the above-entitled Court on 1/28/2022. **Judgment Debtors** have:

APPLICATION FOR WRIT OF GARNISHMENT - 1

Green & Norwood PLLC
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119

ORIGINAL

☒ made no payments whatsoever.
☐ made partial payments as follows:

The amount alleged to be due and still owing under said judgment is $120,670.59 plus interest, attorney's fees and costs.

2. **Judgment Creditor** has reason to believe and does believe, that the above-named **Garnishee,** whose residence and/or business address in King County, Washington, is:

☒ indebted to the **Judgment Debtor** in amounts exceeding those exempted from garnishment by any state or federal law;

☒ has possession or control of personal property or effects belonging to the **Judgment Debtor** which are not exempted from garnishment by any state or federal law.

3. The above-named Garnishee is believed to be:

☐ the employer of the **Judgment Debtor.**
☒ not the employer of the **Judgment Debtor.**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: Feb 10, 2022.

Place: Seattle, Washington

s/Elizabeth Hebener Norwood
Matthew D. Green, WSBA #18046
Elizabeth Hebener Norwood, WSBA #40930
*Attorneys for Judgment Creditor*
GREEN & NORWOOD PLLC
2722 Eastlake Ave E., #350
Seattle, WA 98102
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
elizabeth@gnlawseattle.com

APPLICATION FOR WRIT OF GARNISHMENT - 2

Green & Norwood **PLLC**
2284 W. Commodore Way, Suite 300
Seattle, Washington 98199
(206) 420-3486

1690-119

**GREEN & NORWOOD PLLC**
2284 W. Commodore Way, Suite 300
Seattle, WA 98199
(206) 420-3486
elizabeth@gnlawseattle.com
matt@gnlawseattle.com

February 11, 2022

1690-119

CERTIFIED MAIL/RETURN RECEIPT REQUESTED

RCO Centralized Mail
Mail Code: LA4-7300
700 Kansas Lane
Monroe, LA 71203-4774

Re:   Garnishment Against Ponton

Greetings:

Enclosed is a Writ of Garnishment against Judgment Debtor(s) and an Answer form. Also enclosed is a check for $20.00 to cover your statutory processing fee.

To comply with the Writ, you must fully complete the Answer as instructed in the Writ, and you must also mail or deliver the original of the Answer to the Clerk of the Court (whose address appears on the last page of the Writ), mail or deliver a copy of the Answer to the undersigned, and mail or deliver a copy of the Answer to Debtor(s) at the address(es) listed at the bottom of the Writ.

Social Security Number(s) and Date(s) of Birth of Debtor(s) are believed to be:   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 and 06-08-1968
                                                                                  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

Possible account number(s) for Debtor(s) may include, but are not limited to: Unknown (depository accounts may include ones located at the Chase Bank located at 3373 US Hwy 1, Lawrence NJ 08648)

Sincerely,

*E. Norwood*

Elizabeth Hebener Norwood
ATTORNEY

Enclosures

**CHASE**

RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

Questions?
1-866-578-7022
We accept operator relay calls

00617 COL 201 020 05322 NNNNNNNNNNNN CL1 E
**RONALD PONTON DBA MEXICO MOVING COMPANY**
3220 COTTAGE HILL RD APT 3204
MOBILE AL  36606-3041

February 22, 2022

**Important:** Federal/state law required us to place a hold on your Chase account(s), which may include safe deposit box(es)

Dear RONALD PONTON DBA MEXICO MOVING COMPANY:

We recently received the enclosed court order, which either enforces a legal judgment against you or secures a possible judgment in a lawsuit that's been filed against you. As a result, federal or state law required us to immediately place a hold on your Chase account(s). This means that you aren't able to use or withdraw any amount(s) less than or equal to the amount of the hold until the hold is released.

| Date We Placed Hold | Account Number (Last Four Digits) | Amount of Hold* |
|---|---|---|
| 02/22/2022 | 8783 | $55596.67 |

*The hold amount may be greater or less than the balance in your Chase accounts.

We know this situation is difficult because you can't access these funds in your account. Although we're not permitted to give you legal advice, we are providing some information in this letter to explain how your account is affected and to help you understand your options.

**Here's how this affects your account**
The following may apply based on your account type.

The amount that has a hold on it stays in your account, but you cannot use it for withdrawals, payments or any other reason.

Additionally, please note the following:
- If withdrawals are returned because your account doesn't have available funds, we may charge you Overdraft or Insufficient Funds Fee(s).
- We may have disconnected your Overdraft Protection service.
- We may charge you a Legal Processing Fee of $100.00.
- In certain states, you may also be responsible for the bank's fees if we are required to obtain outside counsel.

**Understanding your options**
You may have options to access some funds or to have the hold on your account released. These options are outlined below.

**Getting your money back**

COAL-18Feb22-2492
JPMorgan Chase Bank, N.A.

|    |                                      |                                      |
|----|--------------------------------------|--------------------------------------|
| 1  |                                      |                                      |
| 2  |                                      |                                      |
| 3  |                                      |                                      |
| 4  |                                      |                                      |
| 5  | UNITED STATES DISTRICT COURT         |                                      |
| 6  | EASTERN DISTRICT OF WASHINGTON       |                                      |
| 7  | In Re:                               | NO: 2:12-CV-668-RMP                  |
| 8  | LLS AMERICA, LLC,                    |                                      |
| 9  |     Debtor,                          | Bankr. Case No. 09-06194-FPC11       |
| 10 | BRUCE P. KRIEGMAN, solely in his     | Adv. Proc. No. 11-80125-FPC11        |
| 11 | capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, | JUDGMENT AND JUDGMENT SUMMARY AGAINST RONALD |
| 12 |     Plaintiff,                       | PONTON, JR. AND TOMIKA PONTON        |
| 13 | v.                                   |                                      |
| 14 | LAZY M, LLC, et al.,                 |                                      |
| 15 |     Defendants.                      |                                      |

## JUDGMENT SUMMARY

1. Judgment Creditor-           Bruce P. Kriegman, Liquidating Trustee for LLS America, LLC, as consolidated

2. Attorneys for Judgment Creditor-    Witherspoon Kelley

JUDGMENT AND JUDGMENT SUMMARY AGAINST RONALD PONTON, JR. AND TOMIKA PONTON~ 1

|   |   |   |
|---|---|---|
| 3. | Judgment Debtors- | Ronald Ponton, Jr. and Tomika Ponton |
| 4. | Attorneys for Judgment Debtors: | Pro Se |
| 5. | Judgment Amount (Principal)- | $117,411.00 USD |
| 6. | Prejudgment Interest (0.47% from July 21, 2009, through June 16, 2015)- | $3,259.59 USD |
| 7. | Total Judgment- | $120,670.59 USD |
| 8. | Plus taxable costs in the amount to be determined by the Court- |   |
| 9. | Interest Rate on Judgment- | .24% (28 U.S.C. § 1961) |

Plaintiff filed Notice of Presentment of Judgment pursuant to Fed. R. Civ. P. 52(a)(1) and 58(a), (d). ECF No. 134. After a bench trial that began on January 20, 2015, the Court entered Findings of Fact and Conclusions of Law, ECF No. 133, which are fully incorporated here with the same force and effect as if set forth verbatim. The Court being fully informed, **IT IS HEREBY ORDERED** that:

1. Plaintiff, Bruce P. Kriegman, solely in his capacity as Liquidating Trustee of LLS America, LLC as consolidated, is hereby awarded Judgment against defendants Ronald Ponton, Jr. and Tomika Ponton, jointly and severally, as follows:

   a. Judgment      $117,411.00 USD

Case 2:12-cv-00668-RMP Document 140 Filed 06/16/15 Page 3 of 3
Case 2:20-cv-00307-RSM Document 71-1 Filed 03/17/22 Page 48 of 68

ExA007

      b.    Prejudgment interest (0.47% per annum from July 21, 2009, to June 16, 2015)-     $3,259.59 USD

      c.    Plus taxable costs in the amount to be determined by the Court;

      d.    Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.24% per annum (28 U.S.C. § 1961).

**IT IS SO ORDERED**.

The District Court Executive is directed to enter this Judgment and provide copies to counsel, to pro se Defendants, and to Judge Frederick P. Corbit.

**DATED** this 16th day of June 2015.



2:12-cv-00668-RMP



8:51 am, Jan 03, 2022



        *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
    Chief United States District Court Judge

JUDGMENT AND JUDGMENT SUMMARY AGAINST RONALD PONTON, JR. AND TOMIKA PONTON~ 3