Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 trustee for LLS America, LLC,

      Plaintiff,

RONALD PONTON and TOMIKA PONTON,

      Defendants.

Case No.  2:22-CV-307RSM

ORDER FREEZING ACCOUNTS

THIS MATTER, comes before the Court on the Parties' Joint Motion for Entry of Order Freezing Accounts.  The Court, having reviewed the records and files herein and considered the following filings submitted by the parties;

1. The Parties' Joint Motion for Entry of Order Freezing Funds in Three Accounts.

IT IS HEREBY ORDERED, that the Parties' Joint Motion for Entry of Order Freezing Funds in Three Accounts is GRANTED.  Amounts currently on hold in the three accounts listed below on deposit with JP Morgan Chase Bank N.A. ("Chase Bank") in the names of Ronald Ponton and/or Tomika Ponton are HEREBY ORDERED to be and remain frozen pending further order of this Court (or further order of the King County Superior Court, in the event that this

ORDER FREEZING ACCOUNTS: 1

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

matter is remanded to that Court).  This order only applies to the following accounts held by

Chase Bank:

| Account Holder's Name | Last Four Digits of Account Number | Amount Held in Account |
| --- | --- | --- |
| Ronald Ponton dba Mexico Moving Company | 8783 | $55,596.67 |
| Ronald Ponton (Savings) | 8883 | $2,250.70 |
| Ronald Ponton (Checking) | 2951 | $601.51 |

No amounts shall be offset, charged back or otherwise debited from the amounts currently held

and/or frozen in any of the aforementioned three accounts, except by further order of this Court

(or further order of the King County Superior Court, in the event that this matter is remanded to

that Court).  Nothing in this Order requires additional amounts to be held or frozen.  This Order

shall be binding on the parties and any person or entity who is provided notice of this Order.

        DATED this 25th day of March, 2022.


_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FREEZING ACCOUNTS: 2

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1

*Presented by:*

2

WITHERSPOON • KELLEY

3

*s/ Shelley N. Ripley*

4
Shelley N. Ripley, WSBA #28901
snr@witherspoonkelley.com

5

6
*s/ Matthew W. Daley*
Matthew W. Daley, WSBA # 36711

7
mwd@witherspoonkelley.com
*Counsel for the Plaintiff*

8

9

HENRY  & DEGRAFF, PS

*s/ Christina Henry*
Christina Henry. WSBA #31273
chenry@hdm-legal.com

SPRINGS LAW FIRM, PLLC

*s/ Venus Y. Springs*
Venus Y. Springs, Pro Hac Vice
vsprings@springslawfirm.com
*Counsel for the Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FREEZING ACCOUNTS: 3

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on the 24th day of March, 2022:

4

1.      I electronically filed the foregoing with the Clerk of the Court using the CM/ECF

5
System, which will send notification of such filing to the following:

6
Elizabeth Hebener Norwood at elizabether@gnlawseattle.com
*Counsel for the Plaintiff*

7

8
Matthew Green at matt@gnlawseattle.com
*Counsel for the Plaintiff*

9
Christina Latta Henry at chenry@hdm-legal.com
*Counsel for the Defendants*

10

11
Venus Yvette Springs at vsprings@springslawfirm.com
*Counsel for the Defendants*

12

13
2.      I caused to be mailed by United States Postal Service the document to the

14
following at the address listed below:

15
NONE

16

17
**WITHERSPOON KELLEY**

18

19
*s/ Matthew W. Daley*
MATTHEW W. DALEY, WSBA # 36711
Email:  mwd@witherspoonkelley.com

20

21

22

23

24

25

26

27

28

ORDER FREEZING ACCOUNTS: 4