UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KRIEGMAN, solely in his capacity as court appointed Chapter 11 trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>RONALD PONTON, JR. and TOMIKA PONTON,<br><br>Defendants. | CASE NO. C22-307RSM<br><br>ORDER REGARDING CERTIFICATION OF ISSUES TO THE WASHINGTON SUPREME COURT |

This matter comes before the Court upon the receipt of a letter from the Washington State Supreme Court, Dkt. #45, requesting additional information. The Court hereby DIRECTS Defendants to file the opening brief in the referred matter, and DIRECTS the Clerk to provide copies of the following materials to the Washington State Supreme Court, including attachments: Dkts. #1, #13, #18, #28, #32, #39 and #40.

DATED this 27th day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REGARDING CERTIFICATION OF QUESTION TO WASHINGTON STATE SUPREME COURT - 1