# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRUCE KRIEGMAN, solely in his capacity as court appointed Chapter 11 trustee for LLS America, LLC., <br><br> Plaintiff, <br><br> v. <br><br> RONALD PONTON, JR. and TOMIKA PONTON, <br><br> Defendants. | Case No.2:22-cv-00307-RSM <br><br> NOTICE OF APPEARANCE |

TO: Clerk of Court; and

TO: All Parties and their Counsel of Record

PLEASE TAKE NOTICE that Michael E. Gossler appears as Co-Counsel for Plaintiff Bruce Kriegman, solely in his capacity as court appointed Chapter 11 Trustee for LLS America, LLC.  All further notices, motions, and pleadings, except process, should be served upon said Plaintiff through said attorney at the address stated below, as well as to all other counsel of record for Plaintiff.

NOTICE OF APPEARANCE - 1
(Case No.2:22-cv-00307-RSM)
{19581/001/02996358-1}

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, SUITE 5500
SEATTLE, WA  98104-7096
TEL (206) 682-7090  FAX (206) 625-9534

DATED this 27th day of October, 2022.

            MONTGOMERY PURDUE PLLC

            By: *s/Michael E. Gossler*
            Michael E. Gossler, WSBA 11044
            E-Mail: mgossler@montgomerypurdue.com
            5500 Columbia Center
            701 Fifth Avenue
            Seattle, WA  98104-7096
            Telephone:  206-682-7090
            Fax:  206-625-9534
            Co-Counsel for Plaintiff/Judgment Creditor, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC

NOTICE OF APPEARANCE - 2
(Case No.2:22-cv-00307-RSM)
{19581/001/02996358-1}

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, SUITE 5500
SEATTLE, WA  98104-7096
TEL (206) 682-7090  FAX (206) 625-9534