ERIN L. LENNON
SUPREME COURT CLERK

SARAH R. PENDLETON
DEPUTY CLERK/
CHIEF STAFF ATTORNEY

# THE SUPREME COURT
STATE OF WASHINGTON




TEMPLE OF JUSTICE
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov



FILED LODGED
RECEIVED
NOV 14 2022
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

November 4, 2022

**LETTER SENT BY E-MAIL**



Elizabeth Hebener Norwood
Matthew D. Green
Green & Norwood, PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199-1468

Matthew William Daley
Shelley Noelle Ripley
Witherspoon, Kelley, Davenport & Toole
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300

Michael E. Gossler
Montgomery Purdue PLLC
701 5th Avenue, Suite 5500
Seattle, WA 98104-7096

Christina Latta Henry
Henry & Degraaff, P.S.
119 1st Avenue South, Suite 500
Seattle, WA 98104-3400

Venus Yvette Springs
Springs Law Firm PLLC
228 Park Avenue South, Suite 54205
New York, NY 10003

Hon. Ravi Subramanian, Clerk
**(sent by U.S. mail only)**
US District Court Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402

Re: Supreme Court No. 101387-6 - Bruce Kriegman v. Ronald D. Ponton Jr. et al.
U.S. District Court for the Western District of Washington No. C22-307RSM

Clerk and Counsel:

On November 2, 2022, the Court received from the Plaintiff the "MOTION TO STAY APPEAL PROCEEDING AND SUSPEND BRIEFING SCHEDULE AND SUBJOINED DECLARATION."

In the letter from this Court dated October 21, 2022, the parties were informed that before this matter can proceed further, this Court needs to receive direction from the federal court as to the order of briefing. In that regard, RAP 16.16(e)(1) provides in pertinent portion that: "The federal court shall designate who will file the first brief."

In addition, the order only provides for the filing of the docket with the Supreme Court, not the record. Typically, the federal court transmits the relevant portions of the record as well. See RAP 16.16(d) and RCW 2.60.030(2) and (4). The Clerk was requested to provide a copy of the relevant portions of the record to this Court in an electronic format.

The parties are directed to provide a status update to this Court by **November 23, 2022**, regarding the status of the revised order from the federal court. Based on the above, no action can be taken on the motion to stay at this time. The motion has been placed in the case file without further action until a revised order is received from the federal court.

Sincerely,

Sarah R. Pendleton
Supreme Court Deputy Clerk

SRP:jm

WASHINGTON STATE SUPREME COURT
TEMPLE OF JUSTICE
PO BOX 40929
OLYMPIA WA 98504-0929

TACOMA WA 983
8 NOV 2022 PM 3 L

NEOPOST FIRST-CLASS MAIL
11/07/2022
US POSTAGE $000.57⁰
ZIP 98504
041M11455231

_____ FILED _____ LODGED
_____ RECEIVED

NOV 14 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

Hon. Ravi Subramanian, Clerk
US District Court Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402

98402-320099