# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUCE KRIEGMAN, solely in his capacity as court appointed Chapter 11 trustee for LLS America, LLC,<br><br>      Plaintiff,<br><br> v.<br><br>RONALD PONTON, JR. and TOMIKA PONTON,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C22-307RSM |

\_\_\_\_  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

 Plaintiff's Motion to dismiss the garnishment proceeding with prejudice under Rule 41(a)(2), vacate the Order Freezing Accounts, and withdraw the Order Certifying Issues to the Washington Supreme Court, Dkt. #48, is GRANTED.  All pending motions are terminated.  This matter is now CLOSED.

 DATED this 29th day of November, 2022.

                RAVI SUBRAMANIAN
                Clerk of Court

                *s/Serge Bodnarchuk*
                Deputy Clerk