# THE SUPREME COURT
## STATE OF WASHINGTON

**ERIN L. LENNON**
SUPREME COURT CLERK

**SARAH R. PENDLETON**
DEPUTY CLERK/
CHIEF STAFF ATTORNEY

**TEMPLE OF JUSTICE**
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

FILED _____ LODGED
_____ RECEIVED

DEC 02 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

November 30, 2022

**LETTER SENT BY E-MAIL ONLY**

Elizabeth Hebener Norwood
Matthew D. Green
Green & Norwood, PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199-1468

Matthew William Daley
Shelley Noelle Ripley
Witherspoon, Kelley, Davenport & Toole
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300

Michael E. Gossler
Montgomery Purdue PLLC
701 5th Avenue, Suite 5500
Seattle, WA 98104-7096

Christina Latta Henry
Henry & Degraaff, P.S.
119 1st Avenue South, Suite 500
Seattle, WA 98104-3400

Venus Yvette Springs
Springs Law Firm PLLC
228 Park Avenue South, Suite 54205
New York, NY 10003

Hon. Ravi Subramanian, Clerk
**(sent by U.S. mail only)**
US District Court Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402

Re: Supreme Court No. 101387-6 – Bruce Kriegman v. Ronald D. Ponton Jr. et al.
U.S. District Court for the Western District of Washington No. C22-307RSM

Clerk and Counsel:

On November 29, 2022, the Court received a copy of the federal court's order filed on November 29, 2022 entitled "ORDER GRANTING MOTION TO DISMISS GARNISHMENT PROCEEDING, VACATE ORDER FREEZING ACCOUNTS, AND WITHDRAW CERTIFICATION TO STATE SUPREME COURT."

The order withdraws the question previously certified to this Court and closes the federal case. In accordance with the order, this Supreme Court case is hereby closed.

Sincerely,

Erin L. Lennon
Supreme Court Clerk

ELL:bw



WASHINGTON STATE SUPREME COURT
TEMPLE OF JUSTICE
PO BOX 40929
OLYMPIA WA 98504-0929

TACOMA WA 983
30 NOV 2022 PM 3 L

NEOPOST
11/30/2022
US POSTAGE $000.57⁰

FIRST-CLASS MAIL

ZIP 98504
041M11455231

FILED _____ LODGED
_____ RECEIVED

DEC 02 2022

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Hon. Ravi Subramanian, Clerk
U.S. District Court Western District of Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402

98402-320099