FILED
_____ LODGED
_____ RECEIVED

MAIL

DEC 12 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

FILED
SUPREME COURT
STATE OF WASHINGTON
12/5/2022
BY ERIN L. LENNON
CLERK

# THE SUPREME COURT OF WASHINGTON

BRUCE KRIEGMAN,                          )
                                         )     **CERTIFICATE OF FINALITY**
                    Plaintiff,           )
                                         )     Supreme Court No. 101387-6
        v.                               )
                                         )     U.S. District Court, Western
RONALD D. PONTON JR. et al.,             )     District of Washington at Seattle
                                         )     No. C22-307RSM
                    Defendants.          )
                                         )
                                         )
                                         )
_____  )

**THE STATE OF WASHINGTON TO:**     U.S. District Court, Western District of Washington
                                    at Seattle

This is to certify that on November 29, 2022, the Supreme Court received the federal

court's order entitled "ORDER GRANTING MOTION TO DISMISS GARNISHMENT

PROCEEDING, VACATE ORDER FREEZING ACCOUNTS, AND WITHDRAW

CERTIFICATION TO STATE SUPREME COURT" in this case.  This matter is now final.



IN TESTIMONY WHEREOF, I have hereunto
set my hand and affixed the seal of this Court
at Olympia, Washington on December 5, 2022.

SARAH R. PENDLETON
Deputy Clerk of the Supreme Court
State of Washington

cc:    Hon. Ravi Subramanian, Clerk
Christina Latta Henry
Venus Yvette Springs
Elizabeth Hebener Norwood
Matthew D. Green
Matthew William Daley
Shelley Noelle Ripley
Michael E. Gossler
Reporter of Decisions



# THE SUPREME COURT
### STATE OF WASHINGTON

**ERIN L. LENNON**
SUPREME COURT CLERK

**SARAH R. PENDLETON**
DEPUTY CLERK/
CHIEF STAFF ATTORNEY



**TEMPLE OF JUSTICE**
P.O. BOX 40929
OLYMPIA, WA 98504-0929

(360) 357-2077
e-mail: supreme@courts.wa.gov
www.courts.wa.gov

November 30, 2022

## LETTER SENT BY E-MAIL ONLY

Elizabeth Hebener Norwood
Matthew D. Green
Green & Norwood, PLLC
2284 W. Commodore Way, Suite 300
Seattle, WA 98199-1468

Matthew William Daley
Shelley Noelle Ripley
Witherspoon, Kelley, Davenport & Toole
422 W. Riverside Avenue, Suite 1100
Spokane, WA 99201-0300

Michael E. Gossler
Montgomery Purdue PLLC
701 5th Avenue, Suite 5500
Seattle, WA 98104-7096

Christina Latta Henry
Henry & Degraaff, P.S.
119 1st Avenue South, Suite 500
Seattle, WA 98104-3400

Venus Yvette Springs
Springs Law Firm PLLC
228 Park Avenue South, Suite 54205
New York, NY 10003

Hon. Ravi Subramanian, Clerk
**(sent by U.S. mail only)**
US District Court Western District of
Washington
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402

Re:     Supreme Court No. 101387-6 – Bruce Kriegman v. Ronald D. Ponton Jr. et al.
U.S. District Court for the Western District of Washington No. C22-307RSM

Clerk and Counsel:

On November 29, 2022, the Court received a copy of the federal court's order filed on
November 29, 2022 entitled "ORDER GRANTING MOTION TO DISMISS GARNISHMENT
PROCEEDING, VACATE ORDER FREEZING ACCOUNTS, AND WITHDRAW
CERTIFICATION TO STATE SUPREME COURT."

The order withdraws the question previously certified to this Court and closes the federal
case. In accordance with the order, this Supreme Court case is hereby closed.

Sincerely,

Erin L. Lennon
Supreme Court Clerk

ELL:bw

WASHINGTON STATE SUPREME COURT
TEMPLE OF JUSTICE
PO BOX 40929
OLYMPIA WA 98504-0929

FILED
LODGED
RECEIVED

DEC 12 2022

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

TACOMA WA 983

9 DEC 2022 PM 4 L

NEOPOST
12/08/2022
US POSTAGE $000.57⁰

FIRST-CLASS MAIL



ZIP 98504
041M11455231

Hon. Ravi Subramanian, Clerk
U.S. District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101-1271

98101-444297